# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| JUDY M. ELLISON, ) | |
|         Plaintiff, ) | |
| v. ) | No. 04-3452-CV-S-FJG-SSA |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, Social Security ) | |
| Administration ) | |
|         Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff's Motion for Attorney's Fees (Doc. No. 13). Also pending is Plaintiff's Amended Motion for Attorney's Fees (Doc. No. 14). Due to the filing of plaintiff's amended motion, Plaintiff's first-filed Motion for Attorney's Fees (Doc. No. 13) is **DENIED AS MOOT.**

Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, plaintiff is entitled to an award of reasonable attorney fees and costs. Having reviewed the record, the Court finds that the reasonable amount for attorney fees is $4,000.00. Consequently, Plaintiff's Amended Motion for Attorney Fees (Doc. No. 14) is **GRANTED** for the sum of $4,000.00, payable to plaintiff's attorney, and plaintiff is awarded $150.00 (again payable to plaintiff's attorney) from the Judgment Fund administered by the U.S. Treasury in reimbursement for her filing fee.

    **IT IS SO ORDERED.**

                                                  /s/ Fernando J. Gaitan, Jr.
                                                  Fernando J. Gaitan, Jr.
Dated: June 14, 2005                          United States District Judge
Kansas City, Missouri