# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| JUDY M. ELLISON, )<br>    Plaintiff, )<br>v. ) No. 04-3452-CV-S-FJG-SSA<br>     )<br>JO ANNE B. BARNHART, )<br>Commissioner, Social Security )<br>Administration )<br>    Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

____ **Jury Verdict**. This action came before the Court for a trial by jury. the issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

due to the filing of plaintiff's amended motion, Plaintiff's first-filed Motion for Attorney's Fees (Doc. No. 13) is **DENIED AS MOOT.**

Plaintiff's Amended Motion for Attorney Fees (Doc. No. 14) is **GRANTED** for the sum of $4,000.00, payable to plaintiff's attorney, and plaintiff is awarded $150.00 (again payable to plaintiff's attorney) from the Judgment Fund administered by the U.S. Treasury in reimbursement for her filing fee.

June 14, 2005           Patricia L. Brune
Date                 Clerk


                     /s/ Rhonda Enss
                     (by) Deputy Clerk